IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EDDIE ELIE,

    Petitioner,

v.                              CASE NO. 5:13-cv-75-RS-EMT

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 12). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Petition for Writ of Habeas Corpus filed under 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED** for lack of jurisdiction.

3. The clerk is directed to close the file.

**ORDERED** on September 25, 2013.

                                /S/ Richard Smoak
                                **RICHARD SMOAK**
                                **UNITED STATES DISTRICT JUDGE**